## In the United States District Court
## for the District of Columbia

| | |
|---|---|
| Michael R. Fanning, as CEO of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers <br><br> Plaintiff <br><br> v. <br><br> J. Koski Trucking, Inc., *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:11-cv-01233-JEB <br> ) <br> ) <br> ) <br> ) <br> ) |

# Unopposed Motion for Extension to Respond to Complaint

For their unopposed motion for extension to respond to the complaint, the defendants state as follows:

1. The defendants and plaintiff have been engaged in good-faith settlement negotiations in order to fully resolve all matters presented in the complaint. The parties need an additional week in order to conclude these settlement discussions.

2. In effort to save expenses and to promote settlement, defendants request a one-week extension to respond to the complaint.

3. Plaintiff Fanning will not suffer any prejudice from setting August 26, 2011 as the defendants' response deadline.

4. Plaintiff Fanning does not oppose the relief requested in this motion.

5. Defendants file along with this motion a proposed order.

Wherefore, the defendants respectfully request that the Court grant this motion and set August 26, 2011 as the deadline for the defendants to respond to the complaint.

Respectfully submitted,

**J. Koski Trucking, Inc.**
**J. Koski Co.**
**The Jamar Company**
**APi Group, Inc.**

By Counsel

/s/ Daniel K. Felsen
Daniel K. Felsen (DC Bar No. 438553)
MCMANUS & DARDEN, L.L.P.
1155 Fifteenth Street, N.W.
Suite 810
Washington, D.C. 20005
202-296-9260
202-659-3732 (fax)
dfelsen@mcmanus-darden.com

## Certificate of Service

I certify that I electronically served a true and correct copy of this document and the proposed order this 19th day of August 2011 on the following:

R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, NW
Washington, DC 2016
rhopp@odonoghuelaw.com

/s/ Daniel K. Felsen
Daniel K. Felsen