# In the United States District Court
# for the District of Columbia

Michael R. Fanning )
)
        Plaintiff )
)
v. )
)
J. Koski Trucking, Inc., *et al.* )    Civil Action No. 1:11-cv-01233-JEB
)
        Defendants )

## Consent Motion for Correction of Party Names and Case Caption, Entry of Judgment, Voluntary Dismissal and to Close Case

    Plaintiff and Defendants, by undersigned counsel, pursuant to Federal Rules of Civil Procedure 7, 58 and 41 (a)(1)(A)(i), hereby move the Court to correct the names of the first two named Defendants and the caption of this case, enter a judgment in favor of the Plaintiff and against Defendants JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a J. Koski Company in the amount of $94,653.95, and to dismiss, without prejudice, all claims against Defendants The Jamar Company and APi Group, Inc., for reasons state as follows:

    1.    This action was commenced by the Plaintiff to recover delinquent contributions and damages owed to an employee pension benefit plan. (Docket No.1).

    2.    In order to correctly identify the first two named Defendants in this action, (a) the name JD Koski, Inc. f/k/a J. Koski Trucking, Inc. should be substituted for J. Koski Trucking, Inc., (b) the name AC Koski, Inc. f/k/a J. Koski Company should be substituted for J. Koski Company, and (c) the caption of this case should similarly be changed to reflect the correct names of the first two named Defendants.

3. The parties have reached a mutually agreeable resolution of the claims as alleged in the Complaint, the terms of which are memorialized in the attached Settlement Agreement and Release, and now wish to resolve the lawsuit.

4. The Defendants JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a J. Koski Company have agreed to the Court entering a final judgment against them pursuant to Rule 58, and in favor of the Plaintiff, in the amount of $94,653.95, with each party to bear its own costs and attorneys' fees.

5. The agreed-upon form of judgment is attached to this Motion as a proposed Order.

6. All parties have agreed to the dismissal of all claims against the Defendants The Jamar Company and APi Group, Inc., without prejudice, and with each party to bear its own costs and attorneys' fees. A proposed Order Correcting Party Names and Case Caption and of Dismissal is attached.

7. With the entry of the final judgment and the order of dismissal, the matter is resolved as to both Plaintiff and Defendants, and the case can be closed by the Court.

Dated: September 8, 2011

By: _____
R. Richard Hopp (DC 432221)
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-004 - Telephone
(202) 237-1200 - Facsimile
rhopp@odonoghuelaw.com

*Attorney for Plaintiff*

By: _____
Daniel K. Felsen (DC438553)
McManus & Darden, LLP
1155 Fifteenth Street, N.W., Suite 810
Washington, D.C. 20005
(202) 296-9260 - Telephone
(202) 659-3732 - Facsimile
dfelsen@mcmanus-darden.com

*Attorneys for Defendants*