## SETTLEMENT AGREEMENT AND RELEASE

**THIS SETTLEMENT AGREEMENT AND RELEASE** is entered into this 31st day of August, 2011, between JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a J. Koski Company, their successors, predecessors, owners, shareholders, and agents (hereinafter collectively referred to as "Koski") and Michael R. Fanning, Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers and the National Pipeline Training Fund (hereinafter collectively referred to as "Pension and Training Funds").

**WHEREAS**, Koski owes certain amounts under the terms of its collective bargaining agreements with Local Unions of the International Union of Operating Engineers, and

**WHEREAS**, the Central Pension Fund has brought civil action number 1:11-cv-1233-JEB pending in the United States District Court for the District of Columbia (the "Lawsuit"), and

**WHEREAS**, the parties desire to make arrangements for the payment of any amounts owed which are the subject of the Lawsuit, and

**WHEREAS**, John D. Koski, represents that he is authorized to execute this Settlement Agreement and bind Koski to the terms of this agreement,

**NOW, THEREFORE**, the parties hereby agree, in consideration of good and valuable consideration, the receipt of which is hereby acknowledged, as follows:

1. The foregoing recitals are made a part of this Settlement Agreement and Release.

2. The Pension and Training Funds allege that Koski owes the Pension and Training Funds $130,377.59 for contributions, interest, liquidated damages, and attorney's fees and costs for

contributions owed for work performed during the period of February 2009 to January 2011 (the "Indebtedness").

3. In order to resolve the Indebtedness to the Pension and Training Funds, Koski agrees to pay the sum of $113,584.75 to the Pension and Training Fund. This amount shall be paid with an initial payment of $18,930.80, due at the time this Settlement Agreement is executed, and the balance of $94,653.95 payable in 5 monthly installments with interest accruing at the rate of nine percent per annum on the outstanding principle balance as provided in the attached payment schedule. The first payment shall be due on September 15, 2011, and each monthly payment thereafter due on the fifteenth day of each following month. The payments shall be made payable to the "Central Pension Fund" and mailed in care of Michael Crabtree, 4115 Chesapeake Street, N.W., Washington, D.C. 20016.

4. The parties agree that Koski may pay the principal amount early, without penalty.

5. It is further agreed that Koski will remain current in all future contributions to the Pension and Training Funds for the duration of the term of this Settlement Agreement and Release. If Koski fails to make any scheduled payment to liquidate its indebtedness to the Pension and Training Funds as required by this Settlement Agreement and Release, or if Koski fails to keep current in all future obligations to the Pension and Training Funds, the Pension and Training Funds may, without notice or demand, declare the entire principal amount then unpaid, together with accrued interest thereon, immediately due and payable. In the event of a lawsuit to enforce payment of the Settlement Agreement and Release, Koski agrees to pay reasonable costs and attorneys' fees. A grace period of five business days will be permitted.

6. Nothing in this Settlement Agreement and Release shall be construed to alter or amend the terms of the Collective Bargaining Agreements, Participating Agreements, or the Pension and Training Funds' Restated Agreements and Declarations of Trust.

7. The Pension and Training Funds do hereby release and forever discharge Koski along with its authorized representatives, agents, officers, principals and employees from any and all claims, debts, liabilities, obligations and causes of action, suits, claims and demands of any kind whatsoever, in law or equity, whether known or unknown, contingent or matured, and whether within the contemplation of the parties or not, which the Pension and Training Funds may have had, now have, or may have in the future against Koski arising under or relating in any way to contributions, interest, liquidated damages, costs and attorneys' fees owed under the terms of collective bargaining agreements with Local Unions of the International Union of Operating Engineers for the period of February 2009 through and including January 2011. The parties specifically acknowledge that this Release does not extend to any withdrawal liability assessments, if any, in the future.

8. Upon the Pension and Training Funds' receipt of the payments called for under this Settlement Agreement and release, the Pension and Training Funds release and forever discharge The Jamar Company and APi Group, Inc., along with its authorized representatives, agents, officers, principals and employees from any and all claims, debts, liabilities, obligations and causes of action, suits, claims (including but not limited to the claims in the Lawsuit) and demands of any kind whatsoever, in law or equity, whether known or unknown, contingent or matured, and whether within the contemplation of the parties or not, which the Pension and Training Funds may have had,

now have, or may have in the future against The Jamar Company or APi Group, Inc. (or both) arising under or relating in any way to contributions, interest, liquidated damages, costs and attorneys' fees owed by Koski under the terms of collective bargaining agreements with Local Union 139 of the International Union of Operating Engineers for the period of February 2009 through and including January 2011. The parties specifically acknowledge that this Release does not extend to any withdrawal liability assessments, if any, in the future. The Jamar Company and APi Group, Inc. are intended beneficiaries of this Settlement Agreement and Release.

9. Koski agrees to the entry of a Consent Judgment in the amount of $94,653.95, and to authorize its attorney to execute the attached Motion for Entry of Judgment. In exchange for the requirements described in Paragraphs 3 and 5, the Pension and Training Funds agree to take no action to enforce the Consent Judgment, except for certification and registration, unless Koski defaults on any of the obligations set forth in this Settlement Agreement and Release.

10. This Settlement Agreement and Release shall be governed by the laws of the District of Columbia and applicable federal law.

11. It is agreed that if any part of this Settlement Agreement and Release is declared unlawful, invalid or unenforceable by any court or administrative body of competent jurisdiction, it shall not affect the validity or enforceability of any other provision hereof.

12. Koski acknowledges that it has carefully reviewed the terms of this Settlement Agreement and Release and consulted with counsel prior to executing these documents. The parties agree that each has participated in the drafting of this Settlement Agreement and Release, that its

terms are the combined efforts of all the parties, and that its terms shall not be construed against any party.

13. This Settlement Agreement and Release represent the entire agreement and understanding of the parties with respect to all matters contained in it, and all prior agreements, understandings and representations, whether written or oral, are and have been merged herein and superseded by this Settlement Agreement and Release.

IN WITNESS WHEREOF, the parties have executed this Settlement Agreement and Release on the date stated above.

_____
Michael R. Fanning, Chief Executive Officer, on behalf of the Central Pension Fund of the International Union of Operating Engineers a Participating Employers and on behalf of the National Pipeline Training Fund

_____
John D. Koski on behalf of JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a/ J. Koski Company

212381_1

5

## Fanning v. Koski
## Payment Schedule

Payment date: 15th of each month
Interest on balance: 9%
Principal amount: $94,653.95
Terms (months): 5
First payment: September 15, 2011

| Payment Number | Payment Amount | Payment Date | Principal | Interest (9%) | Balance Due |
|---|---|---|---|---|---|
| | | | | | $94,653.95 |
| 1 | $19,358.85 | 9/15/2011 | $18,658.67 | $700.18 | $75,995.28 |
| 2 | $19,358.85 | 10/15/2011 | $18,796.70 | $562.16 | $57,198.58 |
| 3 | $19,358.85 | 11/15/2011 | $18,935.74 | $423.11 | $38,262.84 |
| 4 | $19,358.85 | 12/15/2011 | $19,075.81 | $283.04 | $19,187.02 |
| 5 | $19,328.95 | 1/15/2012 | $19,187.02 | $141.93 | $0.00 |

212386_1