In the United States District Court
for the District of Columbia

FILED

SEP - 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Michael R. Fanning )
)
    Plaintiff )
)
v. )
)
JD Koski, Inc. f/k/a )  Civil Action No. 1:11-cv-01233-JEB
J. Koski Trucking, Inc., *et al.* )
)
    Defendants

## Final Judgment By Consent

    It appearing from the records in the above entitled action that the Defendants JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a J. Koski Company have agreed to the entry of judgment against them, in the amount of Ninety-Four Thousand, Six-Hundred and Fifty-Three Dollars and Ninety-Five Cents ($94,653.95) in favor of the Plaintiff; therefore, it is this ____ day of September, 2011 by the United States District Court for the District of Columbia,

    **ORDERED and ADJUDGED** that pursuant to Federal Rule of Civil Procedure 58 and the Defendants' consent, final judgment shall be, and the same is, entered in favor of Michael R. Fanning, as Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers against Defendants JD Koski, Inc. f/k/a J. Koski Trucking, Inc. and AC Koski, Inc. f/k/a J. Koski Company for the total sum of $94,653.95, with each party to bear its own costs and attorneys' fees, and

    This is a final order.

_____
James E. Boasberg
United States District Court Judge

AGREED TO AS TO FORM:

By: _____
    Daniel K. Felsen
    Attorney for Defendants

By: _____
    R. Richard Hopp
    Attorney for Plaintiff